## DANIEL GEORGE VECE, JR. *v.* THERESA ROSE VECE
### (14761)

Lavery, Spear and Glass, Js.

Argued October 29—officially released November 19, 1996

Per Curiam. The judgments are affirmed.

## CARLA STERN *v.* LUZ E. VELILLA
### (14815)

O'Connell, Heiman and Stoughton, Js.

Argued October 30—officially released November 19, 1996

Per Curiam. The judgment is affirmed.

## ROBERT FROMER ET AL. *v.* DEPARTMENT OF ECONOMIC DEVELOPMENT ET AL.
### (15245)

Foti, Lavery and Hennessy, Js.

Argued October 29—officially released November 19, 1996

Per Curiam. The judgment is affirmed.